UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-12023-SVW-KS | | Date: | February 23, 2026 |
|---|---|---|---|---|

| Title: | Khang Nguyen v. California Fine Wine and Spirits, LLC et al |
|---|---|

Present: The Honorable   **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | c/s 2-23-2026 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nicholas Wall Schieffelin | Sean Michael Rankin Bothamley |

**Proceedings:**   **NEW CASE STATUS CONFERENCE**
**MOTION to Remand Case to Los Angeles Superior Court filed by Attorney Khang Nguyen [10]**

Case called. For the reasons stated on the record, the Court ORDERS the following:

- The Motion to Remand is DENIED.
- The Plaintiff's Motion for Class Certification is to be filed by May 26, 2026.
- The Defendant's Opposition is due by June 2, 2026.
- The Plaintiff's Reply is due by June 9, 2026.
- The Motion hearing will be held on June 22, 2026.

:   10

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk DTA